**STATE of Missouri, Respondent,**

v.

**Freddie L. McKEE, Appellant.**

**No. WD 76107.**

Missouri Court of Appeals, Western District.

Nov. 26, 2013.

11. Further, Dependents' motion to strike is denied.

Robert J. Bartholomew, Jr., Jefferson City, MO, for respondent.

Erika R. Eliason, Columbia, MO, for appellant.

Before Division Four: JAMES E. WELSH, Chief Judge, Presiding, ALOK AHUJA, Judge and CYNTHIA L. MARTIN, Judge.

## ORDER

PER CURIAM:

Freddie L. McKee appeals from his conviction of possession of a controlled substance and contests the sufficiency of the evidence to prove beyond a reasonable doubt that he knowingly possessed marijuana found in the glove compartment of a vehicle or on the person of another passenger. Because sufficient evidence was presented to the jury to permit it to find knowing possession beyond a reasonable doubt, we affirm. Rule 30.25(b).